# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:08CR00285 |
| | ) | |
| PLAINTIFF | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| INUNO J. WAGNER, | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| DEFENDANT. | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Inuno J. Wagner's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 18).

On July 1, 2008, the government filed an Indictment against Defendant. (Dkt. # 1). On August 8, 2008, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of arraignment and receiving Defendant's guilty plea. (Dkt. # 15).

On August 8, 2008, a hearing was held in which Defendant entered a plea of guilty to Counts 1 of the indictment: having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Robbery, Defendant did knowingly possess in and affecting interstate commerce a firearm in violation of

Title 18, Section 922(g)(1), United States Code.. Magistrate Judge Gallas received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 18).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts 1 and 2 in violation of 18 U.S.C. § 922(g)(1). The sentencing will be held on November 4, 2008, at 10:30 a.m.

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus - August 22, 2008**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**